# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA ATKINSON, | Case No. 1:23-cv-01401-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| | (Doc. 2) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Yolanda Atkinson filed a complaint on September 26, 2023, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's application to proceed *in forma pauperis* is GRANTED; and

2.  The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms, and the Scheduling Order.  Service on the defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **September 27, 2023**                     /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE